IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-cv-00126-M

| | |
|---|---|
| LAURA A. BROWN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, INC., a/k/a NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY and FARM BUREAU INSURANCE of N.C., INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER**

This matter comes before the court on: (1) Defendant Farm Bureau Insurance of N.C., Inc.'s ("FBNC") motion to, *inter alia*, dismiss the claims Plaintiff Laura A. Brown brought against it [DE-6]; (2) Defendant North Carolina Farm Bureau Mutual Insurance Company, Inc.'s ("NCFB") motion to dismiss Plaintiff's state-law unfair-and-deceptive-trade-practices ("UDTP") claim brought against it [DE-8]; and (3) NCFB's motion seeking to have the action set for a bench trial, rather than a jury trial [DE-10], all of which were filed on September 2, 2020.

1

Plaintiff responded to all three of the motions described above on September 23, 2020 noting that she had no objection to any of them. [DE-21–23] The court accordingly GRANTS each motion. Plaintiff's claims against FBNC and Plaintiff's UDTP claim against NCFB are DISMISSED; FBNC is TERMINATED as a Defendant; and the Clerk of Court is DIRECTED to designate Plaintiff's breach-of-contract claim against NCFB, the sole remaining claim, for bench trial on the docket. *See* Fed. Rs. Civ. P. 12, 39, 41.

SO ORDERED this the 27th day of January, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2